UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                            :
                                            :
                                            :
In re: Letter Rogatory Request for International  :  19-mc-113(DAB)
Judicial Assistance from the Child and Adolescent :
Second Court of the First Judicial Circuit of     :  ORDER
Panama, in the Matter of Katherine Elena          :
Villaverde Ale                                    :
                                            :
                                            :
                                            :
------------------------------------------- X

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of the Government's Letter of November 12, 2019, (ECF No. 31), and Defendant's Letter dated November 13, 2019 (ECF No. 32) updating the Court on the status of Mr. Al-Nasser's request for accreditation. The Parties dispute whether the State Department formally certified H.E. Al-Nasser's diplomatic status.

Accordingly, this matter SHALL BE held in abeyance until Defendant provides proof, by Letter, of his recently certified diplomatic status. The Government shall brief the Court, why this Court should not dismiss this matter for lack of subject matter jurisdiction within 30 days thereafter. The Respondent shall respond within 30 days thereafter.

SO ORDERED.

DATED:   December 6, 2019
         New York, New York

_____
Deborah A. Batts
United States District Judge